

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2019

No. 04-19-00357-CR

Marcus **IDROGO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 16-07-159-CRW
Honorable Russell Wilson, Judge Presiding

## O R D E R

The court reporter's second notice of late record is noted. We order the court reporter, Leticia Escamilla, to file the reporter's record in this appeal by September 23, 2019. The court reporter is advised that no further extensions of time will be granted absent a timely request that (1) demonstrates extraordinary circumstances justifying further delay, and (2) provides the court reasonable assurance that the record will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court